IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| LATORIS COLLINS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-754-W |
| | ) | |
| WARDEN CARL BEAR, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On July 27, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this matter and recommended that the Court deny the Application to Proceed Without Prepayment of Fees filed by petitioner Latoris Collins, a state prisoner appearing pro se. Magistrate Judge Goodwin further recommended that the Court order Collins to pay the filing fee of $5.00 in full or to show good cause for his failure to do so. Although Magistrate Judge Goodwin advised Collins of his right to object to the Report and Recommendation, see Doc. 7 at 2, Collins has instead, as the record reflects, paid the filing fee. See Doc. 8.

Upon review, the Court concurs with Magistrate Judge Goodwin's findings that Collins has sufficient funds in his institutional savings account to prepay the filing fee, see Doc. 2-1, and that he is therefore not entitled to litigate this matter without prepayment of the filing fee in full.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 7] filed on July 27, 2017;

(2) DENIES Collins' Application to Proceed Without Prepayment of Fees [Doc. 2] file-stamped July 14, 2017; and

(3) RE-REFERS this matter to Magistrate Judge Goodwin for further proceedings.

ENTERED this 11th day of August, 2017.

LEE R. WEST
UNITED STATES DISTRICT JUDGE